**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JW ALUMINUM COMPANY,

    Appellant,

v.

MICHAEL H. HOLLAND, as Trustee of the United Mine Workers of America 1992 Benefit Plan, MICHAEL MCKOWN, as Trustee of the United Mine Workers of America 1992 Benefit Plan, JOSEPH R. RESCHINI, as Trustee of the United Mine Workers of America 1992 Benefit Plan, CARLO TARLEY, as Trustee of the United Mine Workers of America 1992 Benefit Plan, MICHAEL H. HOLLAND, as Trustee of the United Mine Workers of America Combined Benefit Fund, MICHAEL MCKOWN, as Trustee of the United Mine Workers of America Combined Benefit Fund, WILLIAM P. HOBGOOD, as Trustee of the United Mine Workers of America Combined Benefit Fund, MARTY D. HUDSON, as Trustee of the United Mine Workers of America Combined Benefit Fund, JOSEPH R. RESCHINI, as Trustee of the United Mine Workers of America Combined Benefit Fund, CARL E. VANHORN, as Trustee of the United Mine Workers of America Combined Benefit Fund, GAIL R. WILENSKY, as Trustee of the United Mine Workers of America Combined Benefit Fund, UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN and UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,

    Appellees.
_____/

Case No: 8:19-cv-01058-CEH

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- **Buchanan Ingersoll & Rooney P.C.** (Counsel for JW Window Components, LLC)
    - Emmanuel, John D.
    - Laurent, David J.
    - Murray, Megan Wilson
    - Newell, James D.

- **JW Aluminum Company** (Appellant)

- **JW Window Components Inc.** (Party in interest in related proceeding)

- **JW Window Components, LLC** (Party in interest in related proceeding)

- **King & Spalding** (Counsel for the Appellant)
    - Maloney, Mark M.
    - O'Brien, Kevin J.
    - Parrish, Ashley C.

- **Mooney Green Saindon Murphy & Welch** (Counsel for the Appellees)
    - Green, Paul
    - Mooney, John R.

- **Morgan, Lewis & Bockius LLP** (Counsel for the Appellees)
    - Goodchild III, John C.
    - Killian, Bryan M.
    - Liu, T. Charlie
    - Schuster, Stephanie
    - Ziegler, Matthew C.

- **Office of the United States Trustee for Region 21** (U.S. Trustee)
    - McDermott, Daniel M.
    - Peair, Nicole

- **Stichter, Riedel, Blain & Postler, P.A.** (Counsel for the Appellant)
    - Stichter, Scott Alan

- **Trenam Law** (Counsel for the Appellees)
    - Lieb, Stephanie C.
    - Tomassi, Marie

- **UMWA Health & Retirement Funds – Office of the General Counsel** (Counsel for the Appellees)
  - Burns, Kathleen B.
  - Finch, Glenda S.
  - Newsome, Larry D.

- **United Mine Workers of America 1992 Benefit Plan** (Appellee)
  - Holland, Michael H.
  - McKown, Michael
  - Reschini, Joseph R.
  - Tarley, Carlo

- **United Mine Workers of America Combined Benefit Fund** (Appellee)
  - Holland, Michael H.
  - McKown, Michael
  - Hobgood, William P.
  - Hudson, Marty D.
  - Reschini, Joseph R.
  - Vanhorn, Carl E.
  - Wilensky, Gail R.

- **United States Pipe and Foundry Company, LLC** (Party in interest in related proceeding)

- **Vinson & Elkins, LLP** (Counsel for United States Pipe and Foundry Company, LLC)
  - Fuller, Marc. A.
  - Leatherbury, Thomas S.
  - Moran, Matthew W.
  - Piacenti, R. Kent

- **Williamson, Chief Judge Michael G.** (Chief Judge, United States Bankruptcy Court for the Middle District of Florida (Tampa))

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 20, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Stephanie C. Lieb
　　　　　　　　　　　　　　　　　　**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.**
　　　　　　　　　　　　　　　　　　Stephanie C. Lieb
　　　　　　　　　　　　　　　　　　Florida Bar No. 31806
　　　　　　　　　　　　　　　　　　101 East Kennedy Boulevard, Suite 2700
　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　Telephone: (813) 223-7474
　　　　　　　　　　　　　　　　　　Email:  slieb@trenam.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　**MOONEY, GREEN, SAINDON, MURPHY & WELCH, PC**
　　　　　　　　　　　　　　　　　　John R. Mooney (*pro hac vice* motion pending)
　　　　　　　　　　　　　　　　　　Paul A. Green
　　　　　　　　　　　　　　　　　　1920 L Street, NW
　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Telephone: (202) 783-0010
　　　　　　　　　　　　　　　　　　Email:  pgreen@mooneygreen.com
　　　　　　　　　　　　　　　　　　　　　　　jmooney@mooneygreen.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　John C. Goodchild, III (*pro hac vice* motion pending)
　　　　　　　　　　　　　　　　　　Matthew C. Ziegler
　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　Telephone: (212) 309-6000

-5-

Email:  john.goodchild@morganlewis.com
matthew.ziegler@morganlewis.com

*Counsel to the United Mine Workers of America 1992 Benefit Plan, the United Mine Workers of America Combined Benefit Fund and their respective Trustees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2019, a true and correct copy of the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** was served through the Court's CM/ECF Noticing System to all registered CM/ECF participants.

*/s/ Stephanie C. Lieb*
Attorney