UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JW ALUMINUM COMPANY,<br><br>　　　　Appellant,<br><br>v.<br><br>MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN et al.,<br><br>　　　　Appellees. | Case No. 8:19-cv-1058-T-36 |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

　　I hereby disclose the following pursuant to this Court's interested persons order:

1.)　the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

JW Aluminum Holding Corp. and the following indirect and direct wholly-owned subsidiaries of JW Aluminum Holding Corp.:

- JW Aluminum Continuous Cast Company
- JW Aluminum Company
- JWA Cast House, LLC

FS KKR Capital Corp., a public company listed on the New York Stock Exchange, and the following stockholders of JW Aluminum Holding Corp. each managed or indirectly managed by FS KKR Capital Corp:

- FS Investment Corporation
- FS Investment Corporation II
- FS Investment Corporation III
- FS Investment Corporation IV
- Cobbs Creek LLC
- Race Street Funding LLC
- Green Creek LLC

Goldman Sachs Group, Inc., a public company listed on the New York Stock Exchange.

Goldman, Sachs & Co., a stockholder of JW Aluminum Holding Corp.

Magnetar Financial LLC and the following stockholders of JW Aluminum Holding Corp. each managed by Magnetar Financial LLC:

- Magnetar Capital Master Fund, LTD
- Magnetar Global Event Driven LLC
- Spectrum Opportunities Master Fund Ltd

Pentwater Capital Management LP and the following stockholders of JW Aluminum Holding Corp. each managed by Pentwater Capital Management LP:

- LMA SPC for and on behalf of Map 98 Segregated Portfolio
- Oceana Master Fund Ltd.
- Pentwater Event Driven Cayman Fund Ltd.
- Pentwater Equity Opportunities Master Fund Ltd.
- PWCM Master Fund Ltd.

The following officers and employees of JW Aluminum Holding Corp.:

- Stan Brant
- Lynn Brown
- Philip Cavatoni
- Ned Damron
- Jennifer Franzone
- Ryan Grohman
- Preston King
- Lee McCarter
- Ryan Roush
- Ben Walden
- Eric Whittington

**Parties and Counsel in this Proceeding:**

| JW Aluminum Company | Stichter, Riedel, Blain & Postler, P.A.<br>- Scott Alan Stichter<br><br>King & Spalding<br>- Mark M. Maloney<br>- Ashley C. Parrish<br>- Kevin J. O'Brien<br>- Michael J. Ciatti<br>- David Tetrick<br>- Sarah L. Primrose |
|---|---|

| | |
|---|---|
| Michael H. Holland, Michael McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan; United Mine Workers of America 1992 Benefit Plan; Michael H. Holland, Michael McKown, William P. Hobgood, Marty D. Hudson, Joseph R. Reschini, Carl E. Vanhorn, and Gail R. Wilensky, as Trustees of the United Mine Workers of America Combined Benefit Fund; and United Mine Workers of America Combined Benefit Fund | Mooney Green Saindon Murphy & Welch<br>• Paul Green<br>• John R. Mooney<br><br>Morgan, Lewis & Bockius LLP<br>• John C. Goodchild III<br>• Bryan M. Killian<br>• T. Charlie Liu<br>• Stephanie Schuster<br>• Matthew C. Ziegler<br><br>Trenam Kemker<br>• • Stephanie C. Lieb |

**Parties and Counsel in Related Proceedings:**

| | |
|---|---|
| United States Pipe and Foundry Company, LLC | Stichter, Riedel, Blain & Postler, P.A.<br>• Scott Alan Stichter<br><br>Vinson & Elkins, LLP<br>• Matthew W. Moran<br>• Thomas S. Leatherbury<br>• Marc. A. Fuller<br>• R. Kent Piacenti |
| JW Window Components, LLC | Buchanan Ingersoll & Rooney P.C.<br>• David J. Laurent<br>• James D. Newell<br>• John D. Emmanuel<br>• Megan Wilson Murray |

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   N/A

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: May 21, 2019

/s/ Scott A. Stichter
Scott A. Stichter (Fl. Bar No. 0710679)
sstichter@srbp.com
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Phone: (813) 229-0144
Fax: (813) 229-1811
Email: sstichter@srbp.com

and

Mark M. Maloney (Ga. Bar No. 468104)
Ashley C. Parrish (Va. Bar No. 43089)
Kevin J. O'Brien (Ga. Bar No. 714849)
Sarah L. Primrose (Fl. Bar No. 98742)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: mmaloney@kslaw.com
aparrish@kslaw.com
kobrien@kslaw.com
sprimrose@kslaw.com

*(Motions for admission pro hac vice pending)*

*Attorneys for Plaintiff JW Aluminum Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished on this 21st day of May, 2019, by the Court's CM/ECF system to all parties receiving electronic notice.

/s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)